Lewis H. Saper, as Trustee in Bankruptcy of Harry Sussman, Doing Business as H. Sussman & Co., Appellant, *v.* Minnie Sussman, Respondent.

Supreme Court, Appellate Term, First Department, June 26, 1945.

*David Haar* for appellant.

*Martin Binder* for respondent.

MEMORANDUM *Per Curiam.* Under the rules and regulations of the Treasury Department, the bond in question could not be transferred by way of gift, sale or pledge (Code of Fed. Reg., Cum. Supp., tit. 31, § 315.8). The bond, therefore, remained the property of the bankrupt and was subject to replevy by the trustee in bankruptcy.

The order should be reversed, with $10 costs, and motion granted.

HAMMER, SHIENTAG and EDER, JJ., concur.

Order reversed, etc.